**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00030-SMM

FILED BY __MB__ D.C.

Mar 12, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

JOSHUA BLACK,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No.**

                                        Respectfully submitted,

                                        HAYDEN P. O'BYRNE
                                        UNITED STATES ATTORNEY

                    By:    /s/ Jessica Kahn Obenauf
                            **JESSICA KAHN OBENAUF**
                            Assistant United States Attorney
                            Florida Bar No.: 52716
                            101 S. US Hwy 1, Suite 3100
                            Fort Pierce, Florida 34950
                            Tel: (772) 466-0899
                            Jessica.Obenauf@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 25-MJ-00030-SMM |
| JOSHUA BLACK, | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

FILED BY __MB__ D.C.
Mar 12, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 21-25, 2025__ in the county of __Indian River__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor to Engage in Sexual Activity |
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Edward E. Veara II, Special Agent, FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: __March 12, 2025__

_____
Judge's signature

City and state: __Fort Pierce, Florida__    Shaniek Mills Maynard, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Edward E. Veara II, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2023. I am currently assigned to the Fort Pierce Resident Agency of the FBI. As an FBI SA, I investigate criminal violations of federal laws, including, but not limited to, crimes involving the sexual exploitation of children delineated in Title 18 of the United States Code. Accordingly, in connection with my official duties and as defined by 18 U.S.C. § 2510 (7), I am "an investigative or law enforcement officer of the United States," in that I am empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, 2252, et seq.

2. This affidavit is submitted in support of a criminal complaint charging Joshua BLACK ("BLACK"), a 37-year-old male, with coercing and enticing a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b); and traveling to engage in illicit sexual conduct, in violation of Title 18, United States Code, Section 2423(b).

3. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officers, witnesses, and my review of records and documents during the course of this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, it does not contain each and every fact known to me about this investigation; rather, it contains only those facts necessary to establish probable cause.

## STATUTORY AUTHORITY

4. Title 18, United States Code, Section 2422(b) provides, in pertinent part, that a person who, using a facility and means of interstate and foreign commerce, knowingly persuades, induces, entices, and coerces an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, faces a minimum of 10 years' imprisonment and a maximum of life imprisonment if convicted.

5. Title 18, United States Code, Section 2423(b) provides, in pertinent part, that a person who travels in interstate commerce, with intent to engage in any illicit sexual conduct with another person, faces up to 30 years' imprisonment if convicted.

## FACTUAL BACKGROUND

6. On Thursday, February 27, 2025, law enforcement met with the mother of a 15-year-old female (the "Minor Victim"), living in Indian River County, who reported that her daughter disclosed that she had engaged in sexual intercourse with BLACK, her biological father, on multiple occasions beginning when she was approximately 13 years old, with the last incident occurring on February 23, 2025.

7. The Minor Victim's mother reported that the Minor Victim had an estranged relationship from BLACK during the first nine years of her life, having only met him on one occasion when she was a year old. The Minor Victim's mother advised that, at the age of seven, she told the Minor Victim that BLACK was her father and that, around that time, she lost custody of the Minor Victim because of her drug addiction. The Minor Victim's mother reported that the State of Florida introduced BLACK back into the Minor Victim's life and they met again on the Minor Victim's ninth birthday.

2

8. The Minor Victim's mother stated that, in 2021, she regained custody of the Minor Victim, and that BLACK continued a relationship with the Minor Victim, pursuant to a court order. The Minor Victim's mother stated that BLACK, who resides in Arizona, would travel to Florida for the Minor Victim's birthdays to visit with her.

9. The Minor Victim's mother stated that, in 2023, when the Minor Victim was 13 years old, the Minor Victim spent the summer with BLACK on the road, since he worked as a truck driver. The Minor Victim's mother stated that she dropped the Minor Victim off to BLACK at a truck stop in Vero Beach, Florida, on June 18, 2023. From there, the Minor Victim traveled the country with BLACK until he dropped the Minor Victim off to her mother on July 24, 2023.

10. The Minor Victim's mother stated that, on February 22, 2025, she drove the Minor Victim to a Walgreens in Sebastian, Florida, where she exchanged custody of the Minor Victim with BLACK. The Minor Victim's mother stated that BLACK told her that he rented a room at the Vero Beach Inn and Suites, in Vero Beach, Indian River County, Florida (the "Vero Beach Inn").

11. The Minor Victim's mother stated that the Minor Victim returned home the evening of February 23, 2025, and she noticed a change in her behavior. The Minor Victim's mother stated that the Minor Victim expressed missing BLACK however, it seemed more than a daughter missing her father. The Minor Victim's mother felt that something wasn't right. The Minor Victim's mother asked her if she had engaged in sexual intercourse recently. The Minor Victim became defensive and although she denied sexual intercourse, the Minor Victim's mother kept asking over the following days. The Minor Victim eventually stated, "I don't want to tell you because I don't want him to be in trouble." After further discussion with her mother, the Minor

3

Victim ultimately admitted that she had sexual intercourse with BLACK over the weekend at the Vero Beach Inn.

12.   After the Minor Victim disclosed to her mother, on February 26, 2025, the Minor Victim's mother called BLACK on the phone and confronted him. The Minor Victim's mother recorded the phone call. During the call, BLACK denied having sexual intercourse with the Minor Victim, although he did admit that when the Minor Victim was 12 years old, he purchased her a "dildo" and a "vibrator" because BLACK stated that the Minor Victim was "struggling with her sexual urges." The Minor Victim's mother asked BLACK if she was to take her daughter to the doctor, "is a doctor gonna tell us she had sex recently?" and his reply was "he might." The Minor Victim's mother also asked BLACK "does our 15-year-old daughter need a Plan B after spending the weekend with you Joshua?" and his reply was "I don't think so."

13.   On February 27, 2025, the Minor Victim was forensically interviewed. During the interview, she said that the sexual relationship with BLACK began during the summer of 2023, when she was traveling with him in his semi-truck. The Minor Victim stated that during this summer trip, she and BLACK engaged in sexual intercourse on multiple occasions. When asked about the most recent occurrence, the Minor Victim stated that BLACK arrived in Vero Beach, Florida on February 22, 2025. The Minor Victim stated that her mother dropped her off at a Walgreens in Sebastian, Florida, where she met with BLACK. From there, the two went to a Walmart located in Vero Beach, Florida, where BLACK told her that he wanted to purchase "Spermicidal Lubricant," but they couldn't find any. The Minor Victim stated that, once they arrived at the Vero Beach Inn, she and BLACK engaged in vaginal sexual intercourse. The Minor Victim stated that she engaged in vaginal sexual intercourse with BLACK multiple times between

4

February 22, 2025, and February 23, 2025. The Minor Victim also stated that she performed oral sex on BLACK.

14. The Minor Victim's mother consented to law enforcement's search of the Minor Victim's cell phone. A preliminary forensic examination of the Minor Victim's cell phone revealed text messages with a phone number ending in 8736 (the "8736-Number"), that was saved in the Minor Victim's cell phone as "Daddy."

15. A query of the Arizona Motor Vehicles Driver and Vehicle Information Database revealed that BLACK, with a date of birth in July 1987, had two listed addresses: one address located on Sierrita Mountain Road, and the other located on Deadwood Ranch Trail, both in Tucson, Arizona.

16. Subpoenaed AT&T records obtained on March 6, 2025, revealed that the 8736-Number has been registered to BLACK at the Deadwood Ranch Trail address, since January 2020.

17. The following messages between the Minor Victim and BLACK were recovered from the Minor Victim's cell phone:

    a. On February 21, 2024, at approximately 8:44 a.m., BLACK messaged the Minor Victim, "In a few hours I'll be getting on a plane to you."

    b. Then, on February 22, 2024, at approximately 1:14 a.m., BLACK messaged the Minor Victim, "Officially in Orlando I am. On the ground and everything"

    c. On February 23, 2025, at approximately 12:52 p.m., BLACK messaged the Minor Victim, "I'm gonna fuck you until you scream." At approximately 12:53 p.m., BLACK messaged the Minor Victim, "And cum in your ass." At approximately 12:55 p.m., the Minor Victim messaged BLACK, "Ribit.," to which BLACK responded, "Ribbit on my cock." At approximately 12:58 p.m., BLACK told the Minor Victim, "Be a good girl and suck daddy's cock,"

5

to which the Minor Victim responded, "Damn... ok." BLACK then messaged, "And if you do a good job, I'll give you a special reward."

    d.    On February 26, 2025, at approximately 7:30 p.m., the Minor Victim told BLACK that her mother was asking her if she had sex, and the following conversation ensued (emphasis added):

| Minor Victim | **Apparently, my mom's asking if I've had sex...** |
|---|---|
| BLACK | Not recently |
| BLACK | That I know of |
| Minor Victim | But she says the way I said "no" makes her think I did... I don't know how to respond |
| BLACK | Of course |
| Minor Victim | I know, right? |
| BLACK | As far as I know it was just that one time last year But I know don't know everything |
| Minor Victim | I told her Help.. |
| BLACK | About what? |
| **Minor Victim** | **I can't hold off on your secret anymore...** |
| **BLACK** | **Oh no** |
|  | ... |
| BLACK | What did you tell her? |
| Minor Victim | Most of it... |
| BLACK | Most? |
| Minor Victim | 75%-93% |
| **BLACK** | **Did you tell her we did things?** |
| Minor Victim | I plea the fith [sic] |
| BLACK | So yes<br><br>I love you very much beautiful [Minor Victim's first name] |
| Minor Victim | I love you |
| **BLACK** | **I guess we'll see where this goes** |

    18.    Subpoenaed Frontier Airlines records revealed that BLACK flew out of Phoenix, Arizona airport on February 21, 2025, through Dallas-Fort Worth, Texas, and landed in Orlando, Florida, at approximately 1:46 a.m. on February 22, 2025. BLACK flew out of Orlando, and back to Phoenix, on February 24, 2025.

6

19. Subpoenaed Vero Beach Inn records revealed that BLACK stayed at the inn from February 22, 2025, until February 24, 2025.

20. Under Florida Statute Section 800.04(4), the criminal offense of lewd or lascivious battery is committed when a person engages in the oral, anal, or vaginal penetration by, or union with, the sexual organ of a person 12 years of age or older but less than 16 years of age.

## CONCLUSION

21. Based on the foregoing facts, I respectfully submit that there is probable cause to support a criminal complaint charging BLACK with coercing and enticing a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b); and traveling to engage in illicit sexual conduct, in violation of Title 18, United States Code, Section 2423(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Edward E. Veara II
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, this \_\_\_12th\_\_\_ day of March, 2025.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE